400 A.2d 642

Commonwealth v. Ragsdale, Appellant.
Petition for Allowance of Appeal Denied March 1, 1979.

626

Submitted June 12, 1978. Charles M. J. Nester, Assistant Public Defender, for appellant; Janet L. Crawford, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.